# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

TIMOTHY WASHINGTON (#101140)

VERSUS

JOHN BEL EDWARDS, ET AL.

CIVIL ACTION

22-84-SDD-RLB

### RULING

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated August 24, 2022, to which an *Objection*[3] was filed and has also been considered.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that the Court declines to exercise supplemental jurisdiction over any potential state law claims and this case shall be DISMISSED, WITH PREJUDICE for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Signed in Baton Rouge, Louisiana the 28 day of September, 2022.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Docs. 1.
[2] Rec. Doc. 5.
[3] Rec. Doc. 6.